IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BANCORPSOUTH BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-2420 B/An |
| | ) | |
| JUSTIN HERTER a/k/a BARRY J. HERTER, CAPITOL MANAGEMENT, INC., ROBERT POWELL, JANET POWELL, and SYLVESTRE LOREA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING SCHEDULING CONFERENCE

Before the Court is the Order Granting Plaintiff's Motion to Set Aside and/or Revise Scheduling Order entered on June 17, 2005 by United States District Judge J. Daniel Breen. Judge Breen has asked the Magistrate Judge to conduct a scheduling conference in this matter.

It is therefore **ORDERED** that the parties shall appear for a scheduling conference to be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, JULY 7, 2005 at 10:30 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. Counsel shall confer and submit a proposed Scheduling Order to the undersigned's chambers at least 24 hours before the conference.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: June 22, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-23-05



1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02420 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

J. Patrick Caldwell
RILEY CALDWELL CORK AND ALVIS
P.O. Box 1836
207 Court St.
Tupelo, MS 38804

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Catherine B. Clayton
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT