IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.
05 SEP 26 PM 4:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| BANCORPSOUTH BANK | ) | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-2420-B |
| | ) | |
| JUSTIN HERTER A/K/A BARRY J. HERTER, CAPITOL MANAGEMENT, INC., ROBERT POWELL, JANET POWELL, and SYLVESTRE LOERA | ) | DEFENDANTS |

## CONSENT ORDER ALLOWING SECOND AMENDED COMPLAINT

**THIS DAY** this cause came on for consideration of BancorpSouth Bank's Motion to Amend Complaint to file a Second Amended Complaint as attached to its companion Motion as **Exhibit A**. The Defendants, through counsel, having indicated to the Court and counsel for BancorpSouth that they consent to same, and authorize counsel for BancorpSouth to affix their name hereon, the Court finds said Motion well taken and same is hereby sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that BancorpSouth Bank's Second Amended Complaint is hereby allowed and deemed filed. In that said Second Amended Complaint's purpose lowers the damages/ad damnum portion of the complaint only, defendants need not file a responsive pleading and that their previously filed answer shall serve as the response to the Second Amended Complaint, unless said defendants otherwise desire to answer, respond, or plead to said Second Amended Complaint.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-27-05



**ORDERED AND ADJUDGED**, this the 26th day of Apr_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:

_____
J. PATRICK CALDWELL, ESQ.,
Attorney for Plaintiff

/s/ James Strickland by permission
_____
JAMES S. STRICKLAND, ESQ.,

/s/ Kevin Snider by permission
_____
KEVIN A. SNIDER, ESQ.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02420 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

J. Patrick Caldwell
RILEY CALDWELL CORK AND ALVIS
P.O. Box 1836
207 Court St.
Tupelo, MS 38804

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Catherine B. Clayton
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT