IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 12 AM 10:09

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BANCORPSOUTH BANK ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | DOCKET NO. 04-2420-B |
| ) | |
| JUSTIN HERTER A/K/A BARRY ) | |
| J. HERTER, CAPITOL ) | |
| MANAGEMENT, INC., ROBERT ) | |
| POWELL, JANET POWELL, and ) | |
| SYLVESTRE LOERA ) | |
| DEFENDANTS. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND AMEND SCHEDULING ORDER

Upon Motion of the Plaintiff and for good cause shown,

IT IS, HEREBY, ORDERED, ADJUDGED and DECREED that the Motion to Extend Discovery Deadline and Enter Amended Scheduling Order is hereby granted. Therefore, the Scheduling Order previously entered in this matter is set aside; the parties are ordered to attend another scheduling conference in this matter, with the date and time to be set by the Court; the parties are ordered to submit another proposed scheduling order; and an Amended Scheduling Order shall be entered in this matter.

ENTER this the 7th day of December, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

APPROVED FOR ENTRY:

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _____
CATHERINE B. CLAYTON, BRP#10929
Attorney for Plaintiff
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the 9th day of December, 2005:

Mr. Kevin Snider
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Mr. James Strickland
44 N. Second Street
Ste. 502
Memphis, TN 38103

_____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02420 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Catherine B. Clayton
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

J. Patrick Caldwell
RILEY CALDWELL CORK AND ALVIS
P.O. Box 1836
207 Court St.
Tupelo, MS 38804

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT