IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BANCORPSOUTH BANK,

    Plaintiff,

v.                                  No. 04-2420-B/An

JUSTIN HERTER a/k/a BARRY J.
HERTER, CAPITOL MANAGEMENT,
INC., ROBERT POWELL, JANET
POWELL and SILVESTRE LOERA,

    Defendants.

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable S. Thomas Anderson, U.S. Magistrate Judge, for the purpose of conducting a scheduling conference.

**IT IS SO ORDERED**.

                            J. DANIEL BREEN
                          UNITED STATES DISTRICT JUDGE

    12/12/05
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02420 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

J. Patrick Caldwell
RILEY CALDWELL CORK AND ALVIS
P.O. Box 1836
207 Court St.
Tupelo, MS 38804

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Catherine B. Clayton
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT