IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BANCORPSOUTH BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 04-2420-B-An |
| | ) | |
| JUSTIN HERTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to an Order of Reference entered December 12, 2005, this case has been referred to the Magistrate Judge for a new scheduling conference.

As such, a Scheduling Conference has been set for **THURSDAY, JANUARY 19, 2006 at 11:00 a.m.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee All counsel for the parties shall attend.

Counsel are directed to confer regarding proposed deadlines and a new trial date and submit to the Court **at least 48 hours in advance** a proposed Amended Scheduling Order which is consistent with the Court's normal Scheduling Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: December 27, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02420 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

J. Patrick Caldwell
RILEY CALDWELL CORK AND ALVIS
P.O. Box 1836
207 Court St.
Tupelo, MS 38804

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Kevin A. Snider
SNIDER HORNER & NEW, PLLC.
7700 Poplar Ave.
Ste. 212
Germantown, TN 38138

Catherine B. Clayton
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT